# UNITED STATES DISTRICT COURT
# EASTERN DISTRICT OF MISSOURI
# EASTERN DIVISION

| | |
|---|---|
| THEODORE WILLIAMSON, | ) |
| Movant, | ) |
| v. | ) No. 4:11CV1841 RWS |
| UNITED STATES OF AMERICA, | ) |
| Respondent. | ) |

## MEMORANDUM AND ORDER

This matter is before me on the government's motion to dismiss Williamson's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255. Williamson's sole ground for relief is that the Bureau of Prisons has improperly calculated his sentence. This type of claim is not cognizable under § 2255. See Bell v. United States, 48 F.3d 1042 (8th Cir. 1995). If Williamson wishes to bring such a claim, he must file a petition for writ of habeas corpus under 28 U.S.C. § 2241 in the district in which he is incarcerated. Id.

Accordingly,

**IT IS HEREBY ORDERED** that the government's motion to dismiss [Doc. 3] is **GRANTED**.

An Order of Dismissal will be filed with this Memorandum and Order.

Dated this 13th day of January, 2012.

_____
RODNEY W. SIPPEL
UNITED STATES DISTRICT JUDGE